(No. 5822—

B. & B. ELECTRIC, INC., An Illinois Corporation, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed May 11, 1971.*

GRAHAM AND GRAHAM, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 5828—

XEROX CORPORATION, Claimant, *vs.* STATE OF. ILLINOIS, VARIOUS STATE AGENCIES, Respondent.

*Opinion filed May 11, 1971.*

XEROX CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.